## Robert E. Dowling, Appellant, v. Philip M. Lacey and Gene Lacey, Trading as Lacey Brothers, Appellees.

### Gen. No. 45,396.

Robert E. Dowling, for appellant; Matthews & Springer, for appellees. Opinion

by JUSTICE ROBSON. Not to be published in full. Opinion filed October 16, 1951; released for publication November 9, 1951.